TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

CHRISTIAN CARRARA (NJ Bar. No. 317732020)
HANNAH O'KEEFE (IL Bar. No. 6336475)
Trail Attorneys
U.S. Department of Justice
Environmental and Natural Resources Division
150 M Street NE
Washington, DC 20002
Telephone: (202) 305-0217
Telephone: (202) 616-3353
Facsimile:  (202) 305-0506
christian.carrara@usdoj.gov
hannah.okeefe@usdoj.gov

*Attorney for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| **Central Oregon Wild Horse Coalition,** *et al.*, | Case No.: 2:21-cv-01443-HL |
| Plaintiff, | **U.S. FOREST SERVICE'S ADMINISTRATIVE RECORD ON THUMB DRIVE** |
| v. | |
| **Tom Vilsack,** *et al.*, | |
| Defendants. | |



Forest Service DRAFT Administrative Record Index
COWHC v. USFS
Case No. 2:21-cv-01443-HL (D. OR)
Ochoco Wild Horse Herd Management Plan Project