# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CENTRAL OREGON WILD HORSE COALITION**, **GAYLE HUNT**, and **MELINDA KESTLER**, <br><br>         Plaintiffs, <br><br>    v. <br><br> **TOM VILSACK**, **RANDY MOORE**, **GLENN CASAMASSA**, and **SHANE JEFFRIES**, <br><br>         Defendants. | Case No. 2:21-cv-1443-HL <br><br> JUDGMENT |

Based on the Court's ORDER,

**IT IS ADJUDGED** that this case is TERMINATED with prejudice.

DATED this 14th day of November, 2023.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT